THE STATE OF OHIO, APPELLANT, *v.* DANKWORTH, APPELLEE.

[Cite as *State v. Dankworth,* 118 Ohio St.3d 1210, 2008-Ohio-2234.]

(No. 2007–1211—Submitted April 22, 2008—Decided May 15, 2008.)

---

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Gary A. Nasal, Miami County Prosecuting Attorney, and James D. Bennett, Assistant Prosecuting Attorney, for appellant.

L. Patrick Mulligan & Associates, L.P.A., Co., George A. Katchmer, and L. Patrick Mulligan, for appellee.